UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>            Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>            Respondents. | Civil No.   11-2388 JLS (POR)<br><br>**ORDER:**<br><br>**(1) DENYING MOTION TO PROCEED IN FORMA PAUPERIS; and**<br><br>**(2) DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a motion to proceed in forma pauperis.

### MOTION TO PROCEED IN FORMA PAUPERIS

The request to proceed in forma pauperis is **DENIED** because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

### 28 U.S.C. § 2241 NOT THE PROPER VEHICLE

Although Petitioner filed this action pursuant to 28 U.S.C. § 2241, he is a state prisoner in state custody. Therefore, he may not proceed under section 2241, but may only proceed with a habeas action

1  in federal court under 28 U.S.C. § 2254. *White v. Lambert*, 370 F.3d 1002, 1006-07 (9th Cir. 2004)
2  (holding that section 2254 is the proper jurisdictional basis for a habeas petition brought by an
3  individual "in custody pursuant to a state court judgment"). Accordingly, the petition is **DISMISSED**
4  without prejudice.

5      **IT IS SO ORDERED.**

7  DATED: October 20, 2011

8                                            Honorable Janis L. Sammartino
9                                            United States District Judge